## HYDE v. HYDE.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

*J. B. Hart* for Appellant.

———— —— for Respondent.

TERRY, C. J., at the July Term, 1858, delivered the opinion of the Court—FIELD, J., and BURNETT, J., concurring.

We think the evidence reported by the referee sufficiently establishes the allegation of the complaint, and entitles the plaintiff to the relief prayed for.

Judgment reversed and cause remanded, with directions to the Court below to enter a decree in accordance with the prayer of the complaint.

## BROOKS v. PARK.

APPEAL from the District Court of the Twelfth Judicial District, County of San Francisco.

*Brooks,* for Appellant.

*Shafters, Park & Heydenfeldt* for Respondent.

BALDWIN, J., delivered the opinion of the Court—FIELD, J., and TERRY, C. J., concurring.

In this case the Referee reported against the claim of the plaintiff, and the District Court overruled the motion to set aside the report. The evidence is in the record, and fully warrants the action of the Referee and District Court.

The judgment is affirmed.